IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:25cr265-CWB |
| ) | 8 U.S.C. § 1306(a) |
| JOSE PEREZ ) | |
| ) | INFORMATION |

RECEIVED
2025 APR 28 P 2: 12
R. CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

The Acting United States Attorney charges:

COUNT 1
(Failure to Register)

Beginning at a time unknown to the Acting United States Attorney, but continuing until at least April 26, 2025, within the Middle District of Alabama and elsewhere, the defendant,

JOSE PEREZ,

then being an alien required to apply for registration and to be fingerprinted in the United States, willfully failed or refused to file an application for such registration, in violation of Title 8, United States Code, Section 1306(a).

KEVIN P. DAVIDSON
ACTING UNITED STATES ATTORNEY

*[signature]*
CHRISTINE LEVI
Assistant United States Attorney